## PATTON v. STATE.
### No. 26105.

Court of Criminal Appeals of Texas.
Dec. 3, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Under complaint and information charging the offense of unlawfully possessing whisky for the purpose of sale in a dry area and also a prior conviction for a like offense, appellant was convicted and his punishment assessed at a fine of $2,000.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.